# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR, | CASE NO. 1:08-cv-0188-LJO DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTION FOR JUDGMENT AS A MATTER OF LAW AS PREMATURE |
| v. | |
| G. RODRIGUEZ, | (Doc. 14) |
| Defendant. | |

Plaintiff Curtis Lee Henderson Sr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 6, 2008. On November 14, 2008, the Court directed the United States Marshal to initiate service upon defendant G. Rodriguez ("Defendant"). On November 21, 2008, plaintiff filed a motion for judgment as a matter of law. F.R.C.P. 50(a). (Doc. 14).

A motion for judgment as a matter of law is made at trial and upon the evidence that has been submitted. Bill Johnson's Restaurants, Inc. v. NLRB (1983) 461 US 731, 745; 103 S. Ct. 2161, 2171, Fn. 11. No trial has been held in this matter; in fact, defendant has not yet appeared in this action.

Accordingly, plaintiff's motion for judgment as a matter of law, filed November 21, 2008, is HEREBY DISREGARDED as premature.

IT IS SO ORDERED.

Dated:   **November 24, 2008**         **/s/ Dennis L. Beck**
                        UNITED STATES MAGISTRATE JUDGE

1