# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR, | CASE NO. 1:08-cv-0188-LJO DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR STATUS CONFERENCE |
| v. | (Doc. 32) |
| G. RODRIGUEZ, | |
| Defendant. | |

Plaintiff Curtis Lee Henderson Sr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 6, 2008. This action is proceeding against defendant G. Rodriguez. On April 30, 2009, Plaintiff filed a motion for a status conference pursuant to Local Rule 16-240 and Fed. R. Civ. P. 16. (Doc. 32).[1][2]

Local Rule 16-240(c)(8) exempts from the mandatory scheduling order requirement actions seeking relief under the Federal Civil Rights Act brought by incarcerated persons acting pro se. Local Rule 16-240(c)(8). Plaintiff is currently incarcerated at Kern Valley State Prison, is proceeding pro se, and is seeking relief under 42 U.S.C. § 1983. There is no entitlement to a status

---

[1] Plaintiff's motion is directed to the assigned District Judge. However, this action has been designated to the magistrate judge to hear and determine pretrial matters such as the instant motion. 28 U.S.C. §636(b)(1)(A).

[2] Although the time for defendant to file a response has not yet expired, the Court shall rule on the motion now since there does not appear to be any prejudice to defendant by this Court's ruling.

1

conference under the Local Rules nor Rule 16 of the Federal Rules of Civil Procedure.

Furthermore, the Court does not find that a status conference is necessary at this time. Plaintiff's motion, filed April 30, 2009, is HEREBY ORDERED DENIED.


IT IS SO ORDERED.

Dated: **May 5, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE