# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR, | CASE NO. 1:08-cv-00188-LJO DLB PC |
| Plaintiff, | ORDER STRIKING DOCUMENTS |
| v. | (Docs. 28, 29 and 33) |
| G. RODRIGUEZ, | |
| Defendant. | |

Plaintiff Curtis Lee Henderson Sr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 6, 2008. On April 20, 2009, Defendant Rodriguez ("Defendant") filed objections to Plaintiff's first set of interrogatories and request for admissions as premature. (Docs. 28 and 29). On May 4, 2009, Plaintiff filed a response. (Doc. 33).

As was explicitly stated in the Court's First Informational Order, the Court will open discovery and set deadlines for completing discovery after an answer has been filed, and that <u>no discovery may be conducted without court permission until an answer is filed and the court issues the discovery order.</u> (Doc. 3). No answer has been filed in this action and the Court has not issued a discovery order opening the discovery phase of this litigation.

Defendant's objections and Plaintiff's response are HEREBY ORDERED STRICKEN.

IT IS SO ORDERED.

Dated: **May 7, 2009**   /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1