# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR, | CASE NO. 1:08-cv-0188-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING N PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS |
| v. | |
| G. RODRIGUEZ, | (Doc. 26) |
| Defendant | |

Plaintiff Curtis Lee Henderson Sr., a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 27, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On April 30, 2009, plaintiff filed an Objection, and on April 23, 2009, defendant filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 27, 2009, is adopted in full;

1

2.  Defendant's motion to dismiss the retaliation claims for failure to exhaust administrative remedies prior to filing suit is DENIED without prejudice;

3.  Defendant's motion to dismiss the due process claim for failure state a claim upon which relief may be granted is GRANTED; and

4.  Defendant is DIRECTED to file a response to plaintiff's complaint within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 3, 2009**                                   **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE