1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CURTIS LEE HENDERSON, SR.,                     CASE NO. 1:08-CV-00188-LJO-DLB PC

10          Plaintiff,                            ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DENYING
11   v.                                           DEFENDANT'S MOTION

12   G. RODRIGUEZ,                                 (DOC. 83)

13          Defendant.

14   _____/

15

16          Plaintiff Curtis Lee Henderson, Sr., ("Plaintiff") is a California state prisoner proceeding pro

17   se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against

18   Defendant G. Rodriguez for retaliation in violation of the First Amendment.  On April 25, 2011,

19   Defendant filed a motion for the Court to revoke Plaintiff's in forma pauperis status.  Doc. 74.  The

20   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

21   Local Rule 302.

22          On June 17, 2011, the Magistrate Judge filed a Findings and Recommendations which was

23   served on the parties and which contained notice to the parties that any objection to the Findings and

24   Recommendations was to be filed within fourteen days.  Neither party filed a timely Objection to

25   the Findings and Recommendations.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de*

27   *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

28   Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed June 17, 2011, is adopted in full; and

2.      Defendant's motion to revoke Plaintiff's in forma pauperis status, filed April 25, 2011, is denied.

IT IS SO ORDERED.

**Dated:**    **July 6, 2011**                              **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE

2