# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

               Plaintiff,

    v.

G. RODRIGUEZ,

               Defendant.

_____/

CASE NO. 1:08-CV-00188-LJO-DLB PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION

(DOC. 93)

      Plaintiff Curtis Lee Henderson, Sr. ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2011, Plaintiff filed a motion for temporary restraining order, construed as a motion for preliminary injunction. Doc. 85. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 23, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. Doc. 93. Neither party filed a timely Objection to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

    1.      The Findings and Recommendations, filed August 23, 2011, is adopted in full; and

    2.      Plaintiff's motion, filed June 22, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   **September 20, 2011**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE