# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | CASE NO. 1:08-CV-00188-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| G. RODRIGUEZ, | (DOC. 96) |
| Defendant. | |

Plaintiff Curtis Lee Henderson, Sr., ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant G. Rodriguez for retaliation in violation of the First Amendment. On August 25, 2011, Plaintiff filed a motion for temporary restraining order. Doc. 96. Plaintiff moved the Court for a return of his legal property in this action. On September 2, 2011, Plaintiff filed a motion to withdraw his motion for temporary restraining order. Doc. 96. Plaintiff now contends that he has received his legal property.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion to withdraw, filed September 2, 2011, is GRANTED, and Plaintiff's motion for temporary restraining order, filed August 25, 2011, is withdrawn.

IT IS SO ORDERED.

Dated:   **September 28, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1